APPEARANCE

# United States Bankruptcy Court

For the  Northern  District of  Illinois

In re  )
 Christopher Michael Burchell
 )  Case No. 13-81656
 )
 )
 )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Kensington Manor of Richmond Condominium Association

| Ronald J. Kapustka | Kovitz Shifrin Nesbit |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Ronald J. Kapustka | FIRM ID NUMBER: |
| Signature | 175 N. Archer Ave. |
| ATTORNEY ID NUMBER   6203095 | Street Address |
| | Mundelein    IL    60060 |
| | City    State    Zip |
| | Telephone   (847) 537-0500 |

Trial Attorneys*

_____   Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA _____ , RETAINED _____ , SELF _____ , NONE OTHER _____ , PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____